Vitaly B. Sigal, Esq. S.B.N. 198623
**SIGAL**
**LAW GROUP**
15250 Ventura Blvd., Suite PH-1220
Sherman Oaks, CA 91403
Telephone: (818) 325-0570
Facsimile: (818) 325-0571

Attorney for Defendant, ASA HOUSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>KAVON LONDON GRANT, et al )<br>)<br>(ASA HOUSTON-5) )<br>) | 2:24-cr-00621-MWF-5<br><br>**UNOPPOSED *EX PARTE*<br>APPLICATION FOR LIMITED<br>PRESENTENCE REPORT;<br>DECLARATION OF VITALY B.<br>SIGAL; [PROPOSED ORDER]** |

Defendant, ASA HOUSTON, through counsel of record, Vitaly B. Sigal, applies to this Court for an Order directing the United States Probation Office to prepare a pre-sentence investigation report limited to Defendant's criminal history calculation and to disclose the report no later than February 7, 2025. Such a report is required for counsel

1

to adequately advise Defendant in this case. This *ex parte* application is based on the attached declaration of counsel.

Dated: December 20, 2024

*SIGAL LAW GROUP*

*[signature: Vitaly B. Sigal]*

_____
*VITALY B. SIGAL, ESQ.*
*ATTORNEY FOR DEFENDANT*

UNOPPOSED *EX PARTE* APPLICATION FOR LIMITED PRESENTENCE REPORT; DECLARATION OF VITALY B. SIGAL

# DECLARATION OF VITALY B. SIGAL

I, Vitaly B. Sigal, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to practice before the United States District Court for the Central District of California. My California State Bar number is 198623. I am the appointed attorney of record for Defendant Asa Houston.

2. I submit this declaration in support of Defendant's Unopposed *Ex Parte* Application for Limited Pre-Sentence Investigation Report.

3. I have identified potential issues under the *United States Sentencing Guidelines (U.S.S.G.)* in relation to the sentencing exposure in regard to my client.

4. I respectfully request the preparation and disclosure of a Pre-Sentence Investigation report limited to Defendant's criminal history calculation and any classification that may be made under Chapter Four, Part B of the United States Sentencing Guidelines. Such a report is required for me to adequately advise my client in this case as to what the possible sentencing outcomes could be.

5. Based on information and belief, I understand that the United States Probation Office for the Central District of California typically requires approximately five weeks to complete such a report. Accordingly, I respectfully request a six-week timeline, with the report to be disclosed no later than February 7, 2025.

6. On December 19, 2024, I conferred by email with Daniel H. Weiner from the United States Attorney's Office regarding this application. Mr. Weiner informed me that the government has no opposition to the filing of this application ex parte, nor to the relief sought herein.

Dated: December 20, 2024

*SIGAL LAW GROUP*

*/s/ Vitaly B. Sigal*

_____
*VITALY B. SIGAL, ESQ.*
*ATTORNEY FOR DEFENDANT*