CRAIG A. HARBAUGH (Bar No. 194309)
HARBAUGH LAW, PC
360 E. 2nd Street, Suite 800
Los Angeles, California 90012
Tel:   (213) 986-8656
Email: craig@harbaugh.law

Attorney for Defendant
DEANDRE WILSON

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>DEANDRE WILSON,<br>*Defendant*. | No. 2:24-cr-00621-MWF-3<br><br>DEFENDANT WILSON'S JOINDER IN CO-DEFENDANTS' MOTIONS FILED OCTOBER 6, 2025 |

**TO THE HONORABLE COURT:**

Defendant Deandre Wilson, by and through his counsel of record Craig A. Harbaugh, hereby joins in the following motions:

1. Motion to Dismiss Count Four (ECF 226)

2. Motion to Dismiss Case for Vagueness/Bill of Particulars (ECF 227)

3. Motion to Dismiss Case and Disqualify Based on Unlawful Designation of United States Attorney (ECF 228)

4. Motion in Limine to Exclude Government's Proposed FRE 404(b) Evidence (filed under seal; *see* ECF 231)

5. Motion for Discovery of Early Return of Jencks Act Material (ECF 241)

1      Mr. Wilson joins in the motion on the grounds set forth therein and adopts by

2 reference the legal arguments and factual assertions as they apply to him.  Joinder is

3 proper as the issues raised in the motions are equally applicable to Mr. Wilson and his

4 defense in this matter.

5      Mr. Wilson reserves the right to supplement further argument or evidence in

6 support of the motion, either independently or in conjunction with his co-defendants,

7 and to be heard at oral argument.

8                          Respectfully submitted,

9

10 Dated: October 7, 2025         */s/ Craig A. Harbaugh*

11                       CRAIG A. HARBAUGH
                      Attorney for Deandre Wilson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT WILSON'S JOINDER IN CO-DEFENDANTS' MOTIONS FILED OCTOBER 6, 2025