MOEEL LAH FAKHOURY LLP
Shaffy Moeel (State Bar No. 238732)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone: (510) 500-9994
Email: shaffy@mlf-llp.com

Attorneys for Asa Houston

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASA HOUSTON,<br><br>Defendant. | Case No.: 2:24-CR-00621-MWF-5<br><br>**DEFENDANT HOUSTON'S JOINDER IN CO-DEFENDANTS' MOTIONS FILED OCTOBER 6, 2025**<br><br>**Court:** Courtroom 5A<br>**Hearing Date:** November 18, 2025<br>**Hearing Time:** 10:00 a.m. |
|---|---|

**TO: BILAL ESSAYLI, UNITED STATES ATTORNEY; DANIEL WEINER, ASSISTANT UNITED STATES ATTORNEY; GREGORY STAPLES, ASSISTANT UNITED STATES ATTORNEY; AND IAN YANNIELLO, ASSISTANT UNITED STATES ATTORNEY.**

Defendant Asa Houston through his attorney, Shaffy Moeel, hereby joins in the following motions filed by his co-defendants:

- Motion to Dismiss Case for Vagueness/Bill of Particulars (ECF 227);
- Motion to Dismiss Case and Disqualify Based on Unlawful Designation of United States Attorney (ECF 228);
- Motion in Limine to Exclude Government's Proposed FRE 404(b) Evidence (filed under seal; see ECF 231);
- Motion for Discovery of Early Return of Jencks Act Material (ECF 241); and

- Motion to Sever (under seal) (ECF 242).

Dated    October 7, 2025            Respectfully submitted,

MOEL LAH FAKHOURY LLP

*s/ Shaffy Moeel*
Shaffy Moeel
Attorneys for Asa Houston