1  MOEEL LAH FAKHOURY LLP
   Shaffy Moeel (State Bar No. 238732)
2  2006 Kala Bagai Way, Suite 16
   Berkeley, CA 94704
3  Telephone: (510) 500-9994
   Email:     shaffy@mlf-llp.com
4

5  Attorneys for Asa Houston

6               IN THE UNITED STATES DISTRICT COURT

7              FOR THE CENTRAL DISTRICT OF CALIFORNIA

8                          WESTERN DIVISION

9

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASA HOUSTON,<br><br>Defendant. | Case No.: 2:24-CR-00621-MWF-5<br><br>**DEFENDANT HOUSTON'S JOINDER IN CO-DEFENDANT DURK BANKS' OPPOSITION TO GOVERNMENT'S MOTION TO EMPANEL AN ANONYMOUS JURY**<br><br>**Court:** Courtroom 5A<br>**Hearing Date:** November 18, 2025<br>**Hearing Time:** 10:00 a.m. |
|---|---|

**TO: BILAL ESSAYLI, UNITED STATES ATTORNEY; DANIEL WEINER, ASSISTANT UNITED STATES ATTORNEY; GREGORY STAPLES, ASSISTANT UNITED STATES ATTORNEY; AND IAN YANNIELLO, ASSISTANT UNITED STATES ATTORNEY.**

Defendant Asa Houston through his attorney, Shaffy Moeel, hereby joins in Defendant Banks' Opposition to Government's Motion to Empanel Anonymous Jury (ECF 275). Mr. Houston joins in the opposition on the grounds set forth therein and adopts by reference the legal arguments and factual assertions as they apply to him. Joinder is proper as the issues raised in the opposition are equally applicable to Mr. Houston.

Mr. Houston reserves the right to supplement further argument or evidence in

support of the motion, either independently or in conjunction with his co-defendants, and to be heard at oral argument.

Dated   November 3, 2025            Respectfully submitted,

                                    MOEEL LAH FAKHOURY LLP

                                    *s/ Shaffy Moeel*
                                    Shaffy Moeel
                                    Attorneys for Asa Houston