BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
             greg.staples@usdoj.gov
             daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

    For good cause shown, IT IS HEREBY ORDERED that the government's Exhibit Regarding an Improper Photograph Taken During the November 18, 2025 Hearing and Published Online

///

///

1

1  shall be kept under seal until further order of the Court.

2

3  DATED: _____

4
                                    _____
                                    HONORABLE MICHAEL W. FITZGERALD
5                                   UNITED STATES DISTRICT JUDGE

6

7  **IN CASE OF DENIAL:**

8       The Government's Ex Parte Application for Order Sealing

9  Document is **DENIED**.  The underlying document shall be returned to

10 the government, without filing of the document or reflection of the

11 name or nature of the document on the clerk's public docket.

12

13 DATED: _____

14
                                    _____
                                    HONORABLE MICHAEL W. FITZGERALD
15                                  UNITED STATES DISTRICT JUDGE

16

17

18 Prepared by:

19 /s/_____
   DANIEL H. WEINER
20 Assistant United States Attorney

21

22

23

24

25

26

27

28