BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
312 N. Spring St., Los Angeles, CA 90012, Suite 1400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 2:24-621(B)-MWF |
| v. | |
| Durk Banks, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Government's Ex Parte Application to File Under Seal; Proposed Sealing Order; Under Seal Documents

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 25, 2026                                    Daniel H. Weiner
Date                                                Attorney Name
                                                    United States
                                                    Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).