UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 24-621(B)-MWF**                                     Dated: February 23, 2026
===============================================================================
PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Daniel H. Weiner |
| Courtroom Deputy | Court Reporter | Ian V. Yanniello |
| | | Asst. U.S. Attorneys |

===============================================================================
U.S.A. v. Grant, et al. (Dfts listed below)     Attorneys for Defendants

| | | | | |
|---|---|---|---|---|
| 2. | Deandre Dontrell Wilson | | 2. | Craig A. Harbaugh |
| | Present - Custody | | | Present - Retained |
| 4. | David Brian Lindsey | | 4. | Tillet J. Mills, II. |
| | Present - Custody | | | Present - Retained |
| 5. | Asa Houston | | 5. | Shaffy Moeel |
| | Present - Custody | | | Present Retained |
| 6. | Durk Banks | | 6. | Christy O'Connor, Marissa Goldberg, |
| | Present - Custody | | | Present - Retained; Goldberg-remote |

**PROCEEDINGS:**    MOTIONS HEARING, Cont.

Case called and counsel make their appearances. The hearing is held.

The Court hears invites oral argument from counsel on the motions and takes the matter under submission. An order will issue.

IT IS SO ORDERED.


MINUTES FORM 6                                                      Initials of Deputy Clerk  rs
CRIM -- GEN                                                                          0:45