Shaffy Moeel
Moeel Lah Fakhoury LLP
2006 Kala Bagai Way Suite 16
Berkeley, CA 94704
shaffy@mlf-llp.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br><br>Asa Houston<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>24-CR-621-MWF<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☑ Lodged:  (**List Documents**)

EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL AND IN CAMERA; MEMORANDUM OF POINTS AND AUTHORITIES

PROPOSED ORDER

DOCUMENT LODGED FOR UNDER SEAL AND IN CAMERA FILING

**Reason:**

☑ Under Seal

☑ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| | |
|---|---|
| April 7, 2026 | Shaffy Moeel |
| Date | Attorney Name |
| | Asa Houston |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                  NOTICE OF MANUAL FILING OR LODGING