UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 24-621(B)-MWF**                                    Dated: May 13, 2026

========================================================================

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Present | Ian V. Yanniello |
|---|---|---|
| Courtroom Deputy | Court Reporter | Daniel H. Weiner |
| | | Michael J. Morse |
| | | Asst. U.S. Attorneys |
| | | Not Present |

========================================================================

U.S.A. vs (Dfts listed below)                     Attorneys for Defendants

5.    Asa Houston                          5.    Shaffy Moeel
      Not Present                                 Not Present - Retained

---

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER APPOINTING NEW COUNSEL**

On the Court's own motion, IT IS HEREBY ORDERED that Shaffy Moeel is relieved as counsel of record for defendant Asa Houston. IT IS FURTHER ORDERED THAT Anthony Solis and Amy Fan of the Federal Indigent Panel are appointed as counsel of record for the defendant under the Criminal Justice Act.

IT IS SO ORDERED.

cc:    CJA Office
       Shaffy Moeel, Retained Counsel

MINUTES FORM 6                                      Initials of Deputy Clerk __rs__
CRIM -- GEN