Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
7/31/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

| | |
|---|---|
| Case Number   2:24-621(D)-MWF | Defendant Number  5 |
| U.S.A. v.  Asa Houston | Year of Birth  1987 |
| ☑ Indictment     ☐ Information | Investigative agency (FBI, DEA, etc.)  FBI |

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense   August 19, 2022

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles     ☐ Ventura
☐ Orange          ☐ Santa Barbara
☐ Riverside       ☐ San Luis Obispo
☐ San Bernardino  ☐ Other _____

Citation of Offense   18 U.S.C. § 1958(a); 18 U.S.C. § 1959(a)(1)

18 U.S.C. § 2261A(2)(A),(B); 18 U.S.C. § 371; 18 U.S.C. § 924(c)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No     ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes

IF YES, provide Name:   Anthony Solis

Phone Number:   213-489-5880

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*     ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☑ No

This is the  4th  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
06/03/2026

Case Number  2:24-621(C)-MWF

The superseded case:

☑ is still pending before Judge/Magistrate Judge

Hon. Michael W. Fitzgerald

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*     ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes     ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)   OTF Boogie _____

_____

This defendant is charged in:

   ☑ All counts

   ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption

☐ government fraud   ☐ tax offenses

☐ environmental issues   ☐ mail/wire fraud

☐ narcotics offenses   ☐ immigration offenses

☑ violent crimes/firearms   ☐ corporate fraud

☐ Other _____

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:   ☐ State   ☑ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number: 43025-511

d. ☑ Solely on this charge.  Date and time of arrest:

   10/24/2024

e. On another conviction:   ☐ Yes   ☐ No

   IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No

   IF YES :   ☐ State   ☐ Federal   AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20   _____ 21   _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date   _____07/31/2026_____

_De Ur___
Signature of Assistant U.S. Attorney

Daniel H. Weiner
Print Name